JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIN JOHNSTON, an individual, et al., | Case No. CV 12-00952-DMG (DTBx) |
| Plaintiffs, | |
| v. | **ORDER DISMISSING DEFENDANT FAIRWAY DIVORCE FRANCHISING, INC. [39]** |
| FAIRWAY DIVORDE FRANCHISING, INC., et al., | |
| Defendants. | |

Pursuant to the stipulation of Plaintiffs/Counter-Defendants Darin Johnston and TMA Adventures, Inc. and Defendant/Counter-Claimant Fairway Divorce Franchising, Inc. ("Fairway Divorce") [Doc. # 39],

IT IS ORDERED as follows:

1. The claims of Plaintiffs Darin Johnston and TMA Adventures, Inc. against Defendants Fairway Divorce and Karen Stewart are dismissed with prejudice; and

//
//
//

1  2. The claims by Counter-Claimant Fairway Divorce against Counter-Defendants
2    Darin Johnston and TMA Adventures, Inc. are dismissed with prejudice.

4 DATED: February 4, 2013

                       DOLLY M. GEE
                    UNITED STATES DISTRICT JUDGE